IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Edward W. Nottingham**

Civil Action No. 07–cv–00797–EWN–MJW

NEIL C. HERMAN,

    Plaintiff,

v.

LISA LEHN, Hearings Officer,
AL WEBER, Admin Services Mgr, and
GLORIA MASTERSON, Assoc. Warden,

    Defendants.

---

## ORDER OF DISMISSAL WITH PREJUDICE

---

    This matter is before the court on the "Motion to Dismiss" (#28, filed January 18, 2008). The court having read the Motion to Dismiss filed herein, and now being fully advised in the premises, it is

    **ORDERED** that this action be and hereby is DISMISSED, with prejudice, each party to pay his, her or its own costs and attorneys' fees herein expended.

    DATED this 28th day of January, 2008.

                                               BY THE COURT:

                                               s/ Edward W. Nottingham
                                               EDWARD W. NOTTINGHAM
                                               Chief United States District Judge